UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LUSTER,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL KNOWLES, Warden<br><br>        Respondent. | Case No. CV 05-00466-VAP (JCR)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all the records and files herein along with the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice.

/ / /

/ / /

/ / /

1 | IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Final Report and Recommendation, and the Judgment herein on the parties.

DATED: January 17, 2008

　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE