JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LUSTER, <br>     Petitioner, <br> v. <br> MICHAEL KNOWLES, Warden <br>     Respondent. | Case No. CV 05-00466-VAP (JCR) <br><br> JUDGMENT |

Pursuant to the Order of the Court approving the amended recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus be dismissed with prejudice.

DATED: January 17, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE